

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00820-CR

**IN RE** Robert Ray **ROBERTS**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
               Beth Watkins, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: December 28, 2022

PETITION FOR WRIT OF HABEAS CORPUS DENIED

On December 7, 2022, relator filed a petition for writ of habeas corpus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2021CR5177, styled *State of Texas v. Robert Ray Roberts*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.